

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------

SHNEOR JUSEWITZ AND JACOB JUSEWITZ        11 CV 3672 (NGG) BROOKLYN

                              Plaintiff,

                                                    **STIPULATION OF**
                                                    **DISCONTINUANCE WITH**
                                                    **PREJUDICE**

                    -against-

FREDERICK J. HANNA & ASSOCIATES, P.C.

                              Defendant.
--------------------------------------------------------

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned

counsel on behalf of their respective clients, (the defendant not having appeared) that

pursuant to Rule 41(a)(1), this action shall be, and it hereby is, dismissed with prejudice

and without costs to either party.  Any claims of any putative class members are

dismissed without prejudice.


*Adam J. Fishbein*
_____

Adam J. Fishbein, P.C.  (AF-9508)
Attorney At Law
**Attorney for the Plaintiff**
483 Chestnut Street
Cedarhurst, New York 11516
516-791-4400

SO ORDERED:

 s/Nicholas G. Garaufis
_____
U.S.D.J.   12/27/11